**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MICHAELE FOSTER,

                       Plaintiff,                       22 **CIVIL** 1901 (GWG)

        -against-                        **JUDGMENT**

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

                    Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion & Order dated September 14, 2023, Foster's motion to remand (Docket ## 14, 16) is GRANTED, and the Commissioner's cross-motion for judgment on the pleadings (Docket # 17) is DENIED. The case is REMANDED to the Social Security Administration for further proceedings consistent with this Court's Opinion.

**Dated:** New York, New York
           September 14, 2023

                                                    **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                           **BY:**

                                                      **Deputy Clerk**